UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
XINYU LIU, LIANG ZHANG and
XINGUANG WANG,

                            Plaintiffs,

-against-

RICHARD XIA, EEGH L.P., EEGH II, L.P.,
FLEET NEW YORK METROPOLITAN
REGIONAL CENTER LLC,
EASTERN EMERALD GROUP LLC and
LAGUARDIA PERFORMANCE CENTER, LLC

                            Defendants.
-------------------------------------------------------------------X

**NOTICE OF DISMISSAL**

**20 CV 5196 (BMC)**

       **PLEASE TAKE NOTICE THAT** plaintiffs, Xinyu Liu, Liang Zhang and Xinguang

Wang, by their attorneys, Moss & Kalish, PLLC, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i), hereby dismiss the within action.

Dated: New York, New York
      January 4, 2021

                           Yours, etc.,

                           MOSS & KALISH, PLLC

                           By: _____
                           David B. Gelfarb
                           Gelfarb@mosskalish.com
                           Attorneys for Plaintiffs
                           122 E. 42nd Street Ste. 2100
                           New York, New York 10168
                           (212) 867-4488

To: SULLIVAN & CROMWELL LLP
     schwartzmatthew@sullcrom.com
     Attorneys for Defendants
     125 Broad Street
     New York, New York 10004
     (212) 558-4000