# MOSS & KALISH, PLLC

COUNSELLORS AT LAW
122 EAST 42ND STREET
NEW YORK, NY 10168-0098
---
TELEPHONE: (212) 867-4488
TELECOPIER: (212) 983-5276
E-MAIL: LAWYERS@MOSSKALISH.COM

MARK L. KALISH
GARY N. MOSS
DAVID B. GELFARB*
—
JAMES SCHWARTZMAN

*ALSO ADMITTED IN NEW JERSEY

NASSAU OFFICE
500 OLD COUNTRY RD, SUITE 206
GARDEN CITY, NY 11530
---
writer's e-mail:
gelfarb@mosskalish.com

January 4, 2021

Via ECF
Honorable Brian M. Cogan
United States District Judge, Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re: *Xinyu Liu et al.* v. *Richard Xia et al.*, 20 CV 5196 (E.D.N.Y) (BMC)

Dear Judge Cogan:

We represent plaintiffs in the captioned action. Pursuant to Your Honor's Minute Entry and Order dated December 29, 2020, we write to advise the Court that plaintiffs have filed a notice voluntarily discontinuing this action without prejudice pursuant to Rule 41(a)(1)(A)(i). Accordingly, plaintiffs understand that there will be no Initial Status and Pre-motion Conference on January 5, 2021.

Thank you for your consideration of this matter.

Respectfully submitted,

David B. Gelfarb

cc: All counsel of record (via ECF)